No. 24-3083                          September Term, 2024

1:23-cr-00257-TSC

Filed On: September 26, 2024

In re: Sealed Case,

**BEFORE:** Millett, Pillard, and Pan, Circuit Judges

**O R D E R**

Upon consideration of the court's order to show cause filed June 27, 2024, and the response thereto, it is

**ORDERED** that the order to show cause be discharged. It is

**FURTHER ORDERED**, pursuant to Circuit Rule 47.1(f), that the record in this case be unsealed. Appellant's arguments based on the factors identified in United States v. Hubbard, 650 F.2d 293 (D.C. Cir. 1980), do not overcome the strong presumption in favor of public access to judicial proceedings in this case. See EEOC v. Nat'l Children's Ctr., Inc., 98 F.3d 1406, 1409 (D.C. Cir. 1996). The Clerk is directed to unseal the record in this case.

**Per Curiam**